1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VERONICA PEARSON,

11           Plaintiff,                    No. CIV S-12-0423 MCE CKD PS

12        vs.

13   OAKS APARTMENT, et al.,

14
             Defendants.                   ORDER TO SHOW CAUSE
15   _____/

16           Plaintiffs are proceeding in this action pro se.  The complaint alleges claims

17   arising out of a tenant/landlord dispute, an infestation of bed bugs, and eviction proceedings.

18   Only state law claims are alleged.

19           The federal courts are courts of limited jurisdiction.  This court does not sit as an

20   appellate court over landlord/tenant disputes resolved in the state courts.  In the absence of a

21   basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue.  There is no basis

22   for federal subject matter jurisdiction evident in the complaint.

23           Accordingly, IT IS HEREBY ORDERED that:

24           1.  The court defers ruling on the motions to proceed in forma pauperis (dkt. nos.

25   2, 3) pending resolution of the issue of subject matter jurisdiction.

26   /////

2. No later than March 7, 2012, plaintiffs shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated: February 22, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
pearson.nosmj.osc