IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERONICA PEARSON, et al.,

      Plaintiffs,                     No. CIV S-12-423 MCE CKD PS

      vs.

OAKS APARTMENT, et al.,

      Defendants.                  ORDER

/

      By order filed April 9, 2012, plaintiffs were directed to pay the filing fee and to file an amended complaint alleging a proper basis for subject matter jurisdiction. Plaintiffs have filed a motion to reconsider that order. Plaintiffs fail to demonstrate what new or different facts exist which did not exist or were not shown in plaintiffs' application to proceed in forma pauperis. See Local Rule 230(j). In addition, the claims as presently pled are nothing more than state law claims and a basis for subject matter jurisdiction is not evident in plaintiffs' pleadings.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiffs' motion for reconsideration (dkt. no. 7) is denied.

      2. Within twenty-one days from the date of this order, plaintiffs shall submit the appropriate filing fee. Failure to pay the fee will result in a recommendation that the action be dismissed without prejudice to the claims being filed in state court.

3. Plaintiffs are reminded that an amended complaint alleging a proper basis for subject matter jurisdiction must be filed no later than May 9, 2012.

Dated: April 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
pearson.rec