IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VERONICA PEARSON, et al., | | |
| | Plaintiffs, | No. 2:12-cv-0423 MCE CKD PS |
| | vs. | |
| OAKS APARTMENT, et al., | | |
| | Defendants. | FINDINGS & RECOMMENDATIONS |
| _____ / | | |

      By order filed April 9, 2012, plaintiffs' complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiffs were also directed to pay the filing fee. Plaintiffs filed a motion for reconsideration of the order directing payment of the filing fee and the court denied the motion. Plaintiffs were also granted an extension of time until July 6, 2012 to pay the filing fee and file an amended complaint. That time period has now expired, and plaintiffs have not paid the filing fee, have not filed an amended complaint, and have not otherwise responded to the court's order.

      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 pearson.0423.fta